# NEWMAN MYERS KREINES GROSS HARRIS, P.C.

JAN KEVIN MYERS
CHARLES W. KREINES
OLIVIA M. GROSS
IAN E. HARRIS
CHARLES DEWEY COLE, JR**

STEPHEN N. SHAPIRO
Of Counsel

RICHARD L. NEWMAN (1921-2006)
ABRAHAM S. ALTHEIM (1954-2005)

ATTORNEYS AT LAW

40 WALL STREET
NEW YORK, NY 10005
(212) 619-4350
FAX: (212) 619-3622
www.nmkgh.com

NEWMAN MYERS KREINES GROSS HARRIS
A PARTNERSHIP PRACTICING IN NEW JERSEY AFFILIATED WITH
NEWMAN MYERS KREINES GROSS HARRIS, P.C.

ABRAHAM A. FRIEDMAN
JANINE SILVER
TIMOTHY B. PARLIN*
ADRIENNE YARON
LUIS G. SABILLON*
MICHAEL WINTER
PATRICK M. CARUANA*
SHAHIN Y. MASHHADIAN
DOUGLAS A. MALLETT
ERIK E. HARRIS
CHRISTOPHER P. MYERS*

*  ALSO ADMITTED IN NJ
** ALSO ADMITTED IN NJ, DC & TX

August 14, 2019

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

   Re: **Kiss v. Clinton Green North, LLC, et al.**
      **Docket No. 17 Civ. 10029 (LGS)**
      **Clinton Green v. Merchants Mutual Ins. Co., et al.**
      **Docket No. 19 Civ. 3420 (LGS)**
      **Newman Myers Ref. No.: NABV 22303**

Dear Judge Schofield:

  We represent Defendants/Third-Party Plaintiffs Clinton Green North, LLC, Dermot Clinton Green, LLC, and AvalonBay Communities, Inc. in the matter bearing Index No. 17 Civ. 10029 ("the Underlying Lawsuit") and Plaintiffs Clinton Green North, LLC, Dermot Clinton Green, LLC, and AvalonBay Communities, Inc. in the matter bearing Index No. 19 Civ. 3420 ("the Coverage Action").

  Per the Court's request during the August 8th telephonic Case Management Conference, we polled counsel in the Underlying Lawsuit and the Coverage Action to ascertain their respective positions as to the merits of consolidating the DJ Coverage Action with the Underlying Lawsuit. I have heard from all counsel who unanimously concur that the two actions should **not** be consolidated. The bases for this position are three-fold. First, the Underlying Lawsuit sounds in tort and fact discovery has been completed. Second, the Coverage Action sounds in contract and fact discovery is in its infancy. Third, but most importantly, since the Underlying Lawsuit will be presented to a jury should it go to trial (unlike the Coverage Action, which will be heard by the Court), combining the two cases would result in a jury learning of the insurance coverage for the defendants in the Underlying Lawsuit, which would be improper and prejudicial to defendants.

As we suggested to the Court in the August 8th call, should it agree that the Underlying Lawsuit and the Coverage Action should not be consolidated, we respectfully submit that there is no need for counsel for defendants in the Coverage Action to appear at the August 29th Conference with the Court, which will be used to discuss expert discovery scheduling and address the Court's questions regarding Judy Painting's and Z & Z's Pre-Motion Letters in the Underlying Lawsuit.

Respectfully submitted,

NEWMAN MYERS KREINES GROSS HARRIS, P.C.

Timothy B. Parlin

TBP:lj

cc:

**VIA CM/ECF**

*Counsel in the Underlying Action:*

Holly Ostrov Ronai, Esq.
Timothy Lavin, Esq.
Attorneys for Plaintiff
Ronai & Ronai, LLP
34 Adee Street
Port Chester, New York 10573

Brendan B. Gilmartin, Esq.
Attorneys for Defendant/ Third-Party Defendant Judy Painting Corp.
Wood Smith Henning & Berman LLP
685 Third Avenue
New York, New York 10017

Joseph A. Ruta, Esq.
Attorneys for Third-Party Defendant Z & Z Services, Inc.
Ruta, Soulios & Stratis LLP
211 East 43rd Street
24th Floor
New York, NY  10017

NEWMAN MYERS KREINES GROSS HARRIS, P.C.
*The Honorable Lorna G. Schofield*
*Page 3*

**Counsel in the Coverage Action:**

Joshua Zimring, Esq.
Counsel for Merchants Mutual Ins. Co.
Lester Schwab Katz & Dwyer, LLP
100 Wall Street, New York, NY 10005
jzimring@lskdnylaw.com

Thomas J. Luz, Esq.
Counsel for Judy Painting Corp.
KLG Luz & Greenberg LLP
211 East 43rd Street, 24th Floor
New York, New York 10017
tluz@karalaw.com