USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIBOR KISS, :
                              Plaintiff, :
                                                 :
            -against- :
                                                 : 17 Civ. 10029 (LGS)
CLINTON GREEN NORTH LLC, et al., et al. :
                              Defendants. :
------------------------------------------------------------X
CLINTON GREEN, :
                              Plaintiff, :
                                                 :
            -against- :
                                                 : 19 Civ. 3420 (LGS)
MERCHANTS MUTUAL INS. CO., et al. :
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that this case is referred for mediation to the Court-annexed Mediation Program to take place by **October 2, 2019**. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. To the extent possible, the Mediation Program is directed to appoint a mediator with expertise in personal injury law.

      The parties in 17 Civ. 10029 shall file a letter one week after the mediation concludes and no later than October 9, 2019. The letter shall state whether any party still intends to file a motion for summary judgment and, if so, provide a proposed briefing schedule.

      The Defendants in 19 Civ. 3420 are reminded that they shall participate in these settlement discussions (Dkt 49 in 19 Civ. 3420).

Dated: September 11, 2019
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE