UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

---------------------------------------------------------------x

     The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

     ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  CLINTON GREEN NORTH, LLC, DERMOT CLINTON GREEN, LLC and AVALONBAY v. JUDY PAINTING AND MERCHANTS MUTUAL INSURANCE COMPANY , No. 19-3420 .

The date(s) for which such authorization is provided is (are) October 2, 2019 .

| Attorney | Device(s) |
|---|---|
| 1. Joshua Cole Zimring | iphone and laptop |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

     The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

     SO ORDERED:

Dated: _____

                                                                    United States Judge

Revised: February 26, 2014