UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLINTON GREEN, et al.,

                        Plaintiffs,        19 Civ. 3420 (LGS)

         -against-                    ORDER

MERCHANTS MUTUAL INS. CO., et al.,

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the April 14, 2020, case management conference is canceled. It is further

    **ORDERED** that the parties shall file a joint letter by **April 13, 2020**, apprising the Court of the status of the action and proposed next steps, including whether the case should be stayed and all motions held in abeyance pending the Court's resolution of the summary judgment motion in the related personal injury action (17 Civ. 10029).

Dated: April 6, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE