UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLINTON GREEN NORTH, LLC, et al.,

                                        Plaintiffs,          19 Civ. 3420 (LGS)

                -against-                           ORDER

MERCHANTS MUTUAL INS. CO., et al.,

                                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on April 14, 2020, the Court stayed this action, pending adjudication of the summary judgment motions in the related personal injury action, *Kiss v. Clinton Green North, LLC et al.* (17 Civ. 10029) (Dkt. No. 66). The April 14, 2020, Order stated that the parties were required to file a joint letter one week after the Court's opinion was issued in 17 Civ. 10029, including the parties' positions regarding additional discovery and a proposed briefing schedule for summary judgment (Dkt. No. 66).

        WHEREAS, on July 23 and July 24, 2020, the Court issued Opinion and Orders in 17 Civ. 10029 (Dkt. Nos. 197-199).

        WHEREAS no joint letter was filed by July 31, 2020. It is hereby

        **ORDERED** that the parties shall file the joint letter, as described in the April 14, 2020, Order, by **August 6, 2020**. Continued failure (*see, e.g.*, Dkt. No. 55) to comply with Court-ordered deadlines will result in sanctions or prejudice.

Dated: August 4, 2020
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE