UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CLINTON GREEN NORTH, LLC, et al.,       :
                                        :
                        Plaintiffs,     :     19 Civ. 3420 (LGS)
                                        :
        -against-                       :     ORDER
                                        :
MERCHANTS MUTUAL INS. CO., et al.,      :
                                        :
                        Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that Plaintiffs and Defendant Merchants Mutual Insurance Company ("Defendant Merchants") have reached a resolution in this case (*see* Dkt. No. 68). Accordingly, it is hereby **ORDERED** that this action is dismissed **just as to Defendant Merchants**, without costs and without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty (30) days of this Order. Any application made by the parties with respect to Defendant Merchants to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions involving Defendant Merchants are DISMISSED as moot, and all conferences involving Defendant Merchants are CANCELED. It is further

      **ORDERED** that Plaintiffs shall file the stipulation of dismissal (*see* Dkt. No. 68) as soon as practicable, but no later than **August 14, 2020**. It is further

      **ORDERED** that this action shall remain stayed pending the resolution of the related personal injury action, *Kiss v. Clinton Green North, LLC et al.* (17 Civ. 10029). The parties shall file a joint letter one week after a resolution is reached in 17 Civ. 10029, with proposed next steps for how this action should proceed.

Dated: August 7, 2020
      New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE