UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CLINTON GREEN NORTH, LLC, et al.,  :
                                      Plaintiffs,  :      19 Civ. 3420 (LGS)
            -against-                :      ORDER
MERCHANTS MUTUAL INS. CO., et al.,  :
                                  Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 6, 2020, Plaintiffs filed a letter stating, in part, that they had agreed, under Federal Rule of Civil Procedure 41, to dismiss their insurance-coverage claim against Defendant Merchants Mutual Insurance Company ("Defendant Merchants") (Dkt. No. 68);

       WHEREAS, on August 7, 2020, the Court issued an order, in part, directing Plaintiffs to file a stipulation of dismissal as to Defendant Merchants as soon as practicable, but no later than August 14, 2020 (Dkt. No. 69);

       WHEREAS no stipulation of dismissal as to Defendant Merchants was filed by August 14, 2020.  It is hereby

       **ORDERED** that Plaintiffs shall file the stipulation of dismissal as to Defendant Merchants by **August 19, 2020**, or a letter explaining the delay.

Dated: August 18, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE